| | |
|---|---|
| HEATHER SEMAR | 15th JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF ACADIA |
| WAL-MART STORES, INC. AND JOHN DOE | STATE OF LOUISIANA |
| | DOCKET NO.: 201510378-I |

## PETITION

NOW INTO COURT, through undersigned counsel, comes HEATHER SEMAR, a resident of the full age of majority of the Parish of Lafayette, State of Louisiana, who with respect represents:

1.

Made defendants herein are:

A. WAL-MART STORES, INC., a foreign corporation licensed to do and doing business within the State of Louisiana; and

B. JOHN DOE, believed to be a resident of the state of Louisiana, employed by WAL-MART STORES, INC.

2.

On or about May 3, 2014, HEATHER SEMAR was inside WAL-MART STORES, INC. located on Odd Fellows Road, in the City of Crowley, Parish of Acadia, State of Louisiana, and while walking in the store, she was hit by a line of shopping carts by reason and belief propelled by a machine operated by an employee of WAL-MART STORES, INC., causing her to fall to the ground and suffer severe injuries.

3.

HEATHER SEMAR'S fall at WAL-MART STORES, INC. in Acadia Parish resulted from the fault and/or negligence of WAL-MART STORES, INC. and its employee(s) (including but not limited to JOHN DOE), in the following nonexclusive particulars:

A. In failing to provide a safe environment for its patrons;

B. In failing to full on instruct employees on proper rules and regulations of cart transport operation;

C. In failing to appropriately warn and guard against patrons entering a known hazardous area;

D. Generally, in failing to supervise and train its employees properly to notice known hazards;

E. In failing to warn its patrons of potential hazards that WAL-MART STORES, INC knew or should have known existed;


EXHIBIT A

F. In WAL-MART STORES, INC. and JOHN DOE failing to warn of danger after actual notice of hazardous conditions;

G. In otherwise failing to maintain safe floors/pathways for its patrons;

H. In WAL-MART STORES, INC. employee, JOHN DOE, failing to warn of danger after actual notice of hazardous conditions on the WAL-MART STORES, INC.;

I. In WALMART STORES, INC. employee, JOHN DOE (and/or other employees), failing to properly supervise and instruct WALMART STORES, INC. employees;

J. In failing to properly train JOHN DOE to warn of danger after notice of hazardous conditions; and

K. In failing to train JOHN DOE to properly supervise and instruct WAL-MART STORES, INC. employees.

4.

As a result of the above described slip and fall, petitioner, HEATHER SEMAR, sustained serious and permanent injuries which have resulted in past and future physical and mental pain and suffering, past and future loss of earning capacity, which has necessitated that she incur medical expenses, both past and future, all of which entitle her to recover a sum reasonable in the premises.

5.

Upon information and belief, at this time damages sustained by petitioner total less than $50,000.00, exclusive of interest and costs. Petitioner retains the right to amend this petition.

Wherefore, petitioner, HEATHER SEMAR, prays that a certified copy of this complaint be served upon defendants, WAL-MART STORES, INC. and JOHN DOE, and that after due proceedings are had there be judgment herein in favor of petitioner, HEATHER SEMAR, and against WAL-MART STORES, INC. and JOHN DOE, jointly, severally, and in solido in a sum reasonable in the premises together with interest from the date of judicial demand until paid and for all cost of these proceedings.

Respectfully submitted,

JEROME H. MOROUX (No. 32666)
P.O. Box 3524
Lafayette, LA 70502
Phone: (337) 233-2323
Fax: (337) 233-2353

RECEIVED ACADIA PARISH CLERK OF COURT CROWLEY, LA 2015 MAR 23 AM 9:58

FILED April 21, 2015
DEPUTY CLERK OF COURT
CROWLEY, ACADIA PARISH, LA.
A TRUE COPY - ATTEST

**PLEASE SERVE:**

WAL-MART STORES, INC.
Through Registered Agent for Service of Process
C T CORPORATION SYSTEM
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

RECEIVED
ACADIA PARISH
CLERK OF COURT
CROWLEY, LA
2015 APR 23 AM 9 58



**Service of Process Transmittal**
04/30/2015
CT Log Number 527035556

**TO:** Kim Lundy Service of Process, Legal Support Supervisor
Wal-Mart Stores, Inc.
702 SW 8th St MS 215
Bentonville, AR 72716-6209

**RE:** **Process Served in Louisiana**

**FOR:** Wal-Mart Stores, Inc. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Semar Heather, Petitioner vs. Wal-Mart Stores, Inc. and John Doe, Dfts. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Attachment, Interrogatories and Request |
| **COURT/AGENCY:** | 15th Judicial District Court, Parish of Acadia, LA<br>Case # 2015103781 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - On or about May 3, 2014 - Odd Fellows Road in the city of Crowley, Parish of Acadia, Louisiana |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/30/2015 at 09:22 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after receipt |
| **ATTORNEY(S) / SENDER(S):** | Jerome H. Moroux<br>P.O. Box 3524<br>Lafayette, LA 70502<br>337-233-2323 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/30/2015, Expected Purge Date: 05/05/2015<br>Image SOP<br>Email Notification, Kim Lundy Service of Process ctlawsuits@walmartlegal.com |
| **SIGNED:** | C T Corporation System |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.




## CITATION
## ACADIA PARISH, LOUISIANA
## 15th JUDICIAL DISTRICT COURT

**HEATHER SEMAR**
**VERSUS   2015103781**
**WALMART STORES INC AND JOHN DOE**

To:
WAL-MART STORES, INC.
THROUGH REGISTERED AGENT FOR SERVICE OF PROCESS:
C T CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808

  **Attached to this citation is a certified copy of the petition. The petition tells you what you are being sued for.**

  You must EITHER do what the petition asks OR, within (15) days after you have received this document, you must file an answer or other legal pleadings in the office of the Clerk of Court at the Courthouse, Court Circle, Crowley, Louisiana.

  If you do not do what the petition asks, or if you do not file an answer of legal pleadings within fifteen (15) days, a judgment may be entered against you without further notice.

  This citation was issued by the Clerk of Court for Acadia Parish, on April 23, 2015.


ROBERT T. BAROUSSE, CLERK OF COURT

BY: _/s/ Lilian LaBove_____
Deputy Clerk of Court
Acadia Parish

ATTORNEY:
**JEROME H. MOROUX**
**P.O. BOX 3524**
**LAFAYETTE, LA 70502**
**337.233.2323**

Attached are the following documents: **PETITION FOR DAMAGES**
**X**INTERROGATORIES **X**REQUEST FOR PRODUCTION OF DOCUMENTS___OTHER

**ADDITIONAL INFORMATION**
THESE DOCUMENTS MEAN YOU HAVE BEEN SUED. LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY. JUDGES AND COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVISE.

**EFFECTIVE IMMEDIATELY: NO CELL PHONES OR RECORDING DEVICES ALLOWED IN THE COURTHOUSE.**