UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **HEATHER SEMAR** | * | CIVIL ACTION NO.: 6:15-cv-02108 |
| | * | |
| **VERSUS** | * | JUDGE REBECCA F. DOHERTY |
| | * | |
| **WAL-MART STORES, INC.** | * | MAG JUDGE CAROL WHITEHURST |

*****************************************************************************

## JOINT MOTION TO DISMISS

**ON MOTION** of Plaintiff, Heather Semar, and Defendant, Wal-Mart Louisiana, LLC and on suggesting to the Court that plaintiff has settled her claim against the defendant and that the amount agreed upon has been paid, respectfully moves this court for an Order of Dismissal with defendant to pay all court costs.

Davidson, Meaux, Sonnier, McElligott
Fontenot, Gideon & Edwards

_____
DAVID J. CALOGERO - #1748
810 S. Buchanan St.
P. O. Box 2908
Lafayette, LA 70502-2908
Telephone: 337-237-1660
Facsimile: 337-237-3676
**Attorney for Wal-Mart Stores, Inc.**

Broussard and David

_____
Jerome H. Moroux - #32666
P.O. Box 3524
Lafayette, LA 70502
Ph: (337) 233-2323
Fax: (337) 233-2353
**Attorney for Heather Semar**

1